[No. 8613-8-I. Division One. December 28, 1981.]

FRANK RUANO AND ASSOCIATES, INC., *Respondent,*
v. PAUL E. ENGA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 845423, Frank H. Roberts, Jr., J., entered February 28, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Andersen, J.

[No. 8558-1-I. Division One. December 28, 1981.]

BEVERLY LERMOND CLARK, *Appellant,* v. DONALD EDSON CLARK, SR., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 79-2-06379-7, Nancy A. Holman, J., entered February 13, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Durham and Corbett, JJ.

[No. 9301-1-I. Division One. December 28, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DWIGHT A. GRIFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-1-00198-6, John E. Rutter, Jr., J., entered July 22, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Andersen, J.